LOUIS F. MASSA, Respondent, *v.* WATERTOWN ENGINE COMPANY, Appellant.

*Massa* v. *Watertown Engine Co.*, 138 App. Div. 913, affirmed.
(Argued October 25, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 9, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

*Edward N. Smith* for appellant.

*Elon R. Brown* and *Henry H. Babcock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.